# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 19, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153787(132)

ARMEN BOLADIAN, BRIDGEPORT MUSIC,
INC., and WESTBOUND RECORDS, INC.,
　　　　　Plaintiffs-Appellants,

v

JEFFREY P. THENNISCH, THE DOBRUSIN
LAW FIRM, P.C., f/k/a DOBRUSIN &
THENNISCH, P.C., GREGORY J. REED and
JANYCE TILMON-JONES,
　　　　　Defendants-Appellees.
_____/

SC: 153787
COA: 324737
Oakland CC: 2014-138753-CZ

　　　　On order of the Chief Justice, the motion of plaintiffs-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 6, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 19, 2016



Clerk